AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br>~~Bejamin~~ CAMPOS-Davila<br>Benjamin<br><br>*Defendant(s)* | Case No. 25Mj3739 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 13, 2025__ in the county of __Doña Ana__ in the State and District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| COUNT 1: 8 USC 1326(a)(1)/(b)(2) | an alien, who had been previously arrested and deported from the United States, subsequent to being convicted of an aggravated felony, to wit: Theft/Larceny, and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, being willfully in the United States unlawfully |

This criminal complaint is based on these facts:
On September 13, 2025, a United States Border Patrol Agent encountered the Defendant in Dona Ana County, New Mexico. The Agent questioned the Defendant as to his citizenship to which the Defendant stated that he was a citizen and national of Mexico, present in the United States without Immigration Documents that would allow him to be or remain in the United States legally. Processing at the Santa Teresa Station revealed that the Defendant had been previously deported to Mexico via Harlingen, TX on or about July 07, 2011. This was subsequent to an aggravated felony

☑ Continued on the attached sheet.

*Complainant's signature*

Lorenzo Ortiz, BORDER PATROL AGENT
*Printed name and title*

Electronically submitted and telephonically sworn to before me:

Date: 09/16/2025

City and state: Las Cruces, New Mexico

GREGORY J. FOURATT
U.S. MAGISTRATE JUDGE
*Printed name and title*

District Of New Mexico

U.S. v.   Bejamin CAMPOS-Davila

Criminal Complaints (Continued)

conviction for "Theft/Larceny" in the State of Wyoming on or about January 14, 2009. There is no evidence that the Defendant received permission from the Appropriate Authority to reapply for admission into the United States.

_____
Signature of Judicial Officer

_____
Signature of Complainant

Ortiz, Lorenzo
Filing Agent